IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(WACO DIVISION)

| | |
|---|---|
| AERITAS, LLC,<br><br>        Plaintiff,<br> v.<br><br>DARDEN CORPORATION, AND<br>OLIVE GARDEN OF TEXAS LLC<br><br>        Defendants. | C.A. No. 6:20-CV-00938-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Federal Circuit issued an opinion in *Andra Group, LP v. Victoria Secret Stores, L.L.C., et al.*, Case No. 2020-2009 (Fed. Cir. 2021), which Darden Corporation hereby supplies as supplemental authority in support of its pending Renewed Motion to Dismiss for Improper Venue (D.I. 26), filed on March 31, 2021. Attached as **Exhibit A** is a copy of the Federal Circuit's slip opinion.

| | |
|---|---|
| Dated:  August 3, 2021 | FISH & RICHARDSON P.C.<br><br>*/s/ Ricardo J. Bonilla*<br>Neil J. McNabnay<br>Ricardo J. Bonilla<br>Rodeen Talebi<br>1717 Main Street, Suite 5000<br>Dallas, Texas 19001<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com;<br>rbonilla@fr.com;<br>talebi@fr.com<br><br>ATTORNEYS FOR DEFENDANTS<br>DARDEN CORPORATION AND<br>OLIVE GARDEN OF TEXAS LLC |